**STATE of Missouri, Respondent,**

v.

**Aubrey CHRISTOPHER, Appellant.**

**No. WD 54562.**

Missouri Court of Appeals,
Western District.

June 23, 1998.

Irene Karns, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and RIEDERER, JJ.

### ORDER

PER CURIAM.

Appellant was convicted by a Clay County jury of one count of stealing and sentenced as a prior and persistent offender. One point is raised on appeal, the failure of the trial court to, sua sponte, declare a mistrial when testimony of an uncharged crime was before the jury. Judgment affirmed. Rule 30.25(b).